AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Baylson, Michael M | 2. Court or Organization<br><br>U.S.D.C. Eastern Dist. Of Pa. | 3. Date of Report<br><br>05/09/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>3810 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Conservation Center for Art and Historic Artifacts |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | Duane Morris LLP; $80,000 per year for five years, commencing in 2003. |
| 2. | |
| 3. | |

RECEIVED
2007 MAY 15 P 1:06
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/09/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Philadelphia Fertility Institute |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | New York Intellectual Property Law Association | Travel expenses to New York City for Annual Dinner in Honor of the Federal Judiciary |
| 2. | Lawyers for Civil Justice | Travel expenses to New York City for Lawyers for Civil Justice Membership Conference |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/09/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Ameritrade | margin loan | K |
| 2. Wachovia Securities | margin loan | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Avaya | | None | J | T | sell partial | 11/08 | J | A | |
| 2.   Bellsouth Corp. | | None | | | sell | 02/01 | K | A | |
| 3.   Exxon Mobil Corp. | B | Dividend | L | T | sell partial | var | L | E | |
| 4.   Motorola Inc. | A | Dividend | | | sell | var | J | A | |
| 5.   Qwest Communications Intn. Inc. | | None | | | sell | 11/08 | J | A | |
| 6.   SBC Communications Inc. | | None | | | merger | 01/01 | L | A | |
| 7.   Verizon Communications | C | Dividend | M | T | sell partial | 12/26 | K | A | |
| 8.   Viacom Inc. Class B | | None | J | T | sell | 09/27 | J | A | |
| 9.   Israel State 15 Yr Dollar Current Income Bond 7th | A | Interest | J | T | | | | | |
| 10.   Command Money Fund | A | Interest | J | T | | | | | |
| 11.   AT&T Corp. | A | Dividend | M | T | | | | | |
| 12.   Bank of America | C | Dividend | L | T | | | | | |
| 13.   BP Plc Sponsored ADR | C | Dividend | L | T | | | | | |
| 14.   Certegy Inc. | | None | | | merger | 02/01 | K | A | |
| 15.   Fidelity National Information Services | | None | K | T | merger | 02/01 | K | | |
| 16.   Choicepoint Inc. | | None | K | T | | | | | |
| 17.   Comcast Corp. Class A | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Comcast Corp. Class A Special | | None | K | T | | | | | |
| 19. Conoco Inc. Class B | A | Dividend | K | T | | | | | |
| 20. Delphi Automotive Systems Corp. | | None | J | T | | | | | |
| 21. DuPont E.I. DeNemours & Co. | A | Dividend | | | sell | var | J | A | |
| 22. Eastman Chemical Co. | A | Dividend | | | sell | 08/23 | J | A | |
| 23. Eastman Kodak Co. | A | Dividend | | | sell | 08/23 | J | A | |
| 24. Equifax Inc. | A | Dividend | K | T | | | | | |
| 25. Exelon Corp. | C | Dividend | L | T | | | | | |
| 26. E4L Inc. | | None | J | T | | | | | |
| 27. Freescale Conductor | | None | | | sell | var | J | A | |
| 28. General Electric Co. | C | Dividend | M | T | | | | | |
| 29. General Motors Corp. | A | Dividend | J | T | | | | | |
| 30. Goodyear Tire | | None | | | sell | 03/23 | J | A | |
| 31. General Motors Corp. Class H New | | None | J | T | | | | | |
| 32. Hudson United Bancorp. | A | Dividend | | | redemption | 02/14 | K | E | |
| 33. International Business Machines | A | Dividend | L | T | | | | | |
| 34. J.P. Morgan Chase & Co. Common New | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Keycorp. New | A | Dividend | J | T | sell partial | 08/23 | J | A | |
| 36. Lucent Technologies Inc. | | None | | | merger | 12/01 | J | A | |
| 37. Alcatel-Lucent | | None | J | T | merger | 12/01 | J | | |
| 38. MHM Services Inc. | | None | J | T | | | | | |
| 39. Motorola Inc. | A | Dividend | J | T | sell partial | 08/23 | J | B | |
| 40. NCR Corp. | | None | J | T | | | | | |
| 41. News Corporation Limited ADR New | | None | | | sell | 03/23 | J | A | |
| 42. PNC Financial Services Corp. | C | Dividend | M | T | sell partial | 02/17 | J | C | |
| 43. Prologis Trust SBI | B | Dividend | L | T | | | | | |
| 44. Tele Norte Leste Participacoes ADR | | None | | | sell | 02/17 | J | A | |
| 45. Telecommunicacacoes De Sao Paulo Sponsored ADR | | None | | | sell | 02/17 | J | A | |
| 46. Telefonica De Espana SA Sponsored ADR | | None | | | sell | 02/17 | J | A | |
| 47. TPI Enterprise, Inc. | | None | J | T | | | | | |
| 48. Wachovia Corp. 2nd | C | Dividend | K | T | | | | | |
| 49. Walmart De Mexico SA Sponsored ADR | | None | J | T | | | | | |
| 50. Western Digital Corp. Del | | None | J | T | | | | | |
| 51. Telecommunicacoes Brasileiras SA Telebras | | None | | | sell | 002/1 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| Pr. | | | | | | | | | |
| 52. Telecommunicacoes Brasileiras SA Spon ADR | | None | | | sell | 02/17 | K | A | |
| 53. Telefonica Data Brasil Holdings Spon ADR | | None | | | sell | 07/19 | J | A | |
| 54. Franklin Mutual Ser Fund Inc. | C | Dividend | K | T | | | | | |
| 55. Munder Funds Inc. Netnet Fund Class C | | None | J | T | | | | | |
| 56. CMF Money Market Portfolio | | None | J | T | | | | | |
| 57. Bestnet Communications Inc. | | None | | | merger | 07/27 | J | A | |
| 58. Oncologix Tech Inc. | | None | J | T | merger | 07/27 | J | | |
| 59. Comcast Corp. Class A | | None | J | T | | | | | |
| 60. Comcast Corp. Class A Special | | None | J | T | | | | | |
| 61. Hudson United Bancorp. | | None | | | redemption | 02/14 | K | E | |
| 62. Menlo Acquisitions Corp. | A | Dividend | K | T | | | | | |
| 63. PNC Financial Services Group Inc. | A | Dividend | J | T | | | | | |
| 64. Bay View Capital Corp. | | None | | | merger | 05/01 | J | A | |
| 65. Great Lakes Bancorp, Inc. | | None | J | T | merger | 05/01 | J | | |
| 66. Bestnet Communications Corp. | | None | | | merger | 07/27 | J | A | |
| 67. Oncologix Tech Inc. | | None | J | T | merger | 07/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. Cisco Systems Inc. | | None | J | T | | | | | |
| 69. CBRX | | None | J | T | sell partial | 11/22 | J | A | |
| 70. Covad Communications Group | | None | J | T | | | | | |
| 71. Salix | | None | K | T | sell partial | 02/16 | J | A | |
| 72. Intel Corp. | | None | K | T | | | | | |
| 73. Lucent Technologies, Inc. | | None | | | merger | 12/01 | J | A | |
| 74. Alcatel-Lucent | | None | J | T | merger | 12/01 | J | | |
| 75. Nokia Corp. ADR | | | K | T | sell partial | 11/07 | K | D | |
| 76. Oracle Corp. | | | | | sell | 08/10 | J | D | |
| 77. Qualcomm Communications | A | Dividend | K | T | | | | | |
| 78. Qwest Communications International Inc. | | | J | T | | | | | |
| 79. Rite Aid Corp. | | | K | T | | | | | |
| 80. Safeguard Scientifics Inc. | | | J | T | | | | | |
| 81. Sun Microsystems Inc. | | | J | T | sell partial | 12/18 | J | A | |
| 82. Worldcom Inc. | | | J | T | | | | | |
| 83. Government of Israel | A | Interest | J | T | | | | | |
| 84. Advanced Reproductive Care | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. Baumrin et al Partnership | | None | K | W | | | | | |
| 86. BC Partnership | G | Rent | O | W | | | | | |
| 87. Vanguard Star Fund | | | | | sell | 04/17 | M | | |
| 88. Philadelphia Fertility Institute | G | Distribution | N | U | | | | | |
| 89. Pennsylvania Reproductive Assoc. | | None | M | U | | | | | |
| 90. Clinton Endocrine Assoc. | | None | L | U | | | | | |
| 91. Fertility Testing Lab | | None | J | U | | | | | |
| 92. Vanguard Prime Money Market Fund | | None | | | sell | 01/01 | J | | |
| 93. Vanguard Prime Money Market Fund | | None | | | sell | 01/01 | J | | |
| 94. Vanguard High Yield Corp. Fund | | None | | | sell | 01/01 | J | | |
| 95. Brandywine Mutual Fund | A | Dividend | K | T | sell partial | 09/17 | N | G | |
| 96. MSDW UGMA Equity | B | Dividend | K | T | | | | | |
| 97. MSDW UGMA Small Cap | B | Dividend | L | T | | | | | |
| 98. MSDW UGMA Mid Cap Growth | B | Dividend | L | T | | | | | |
| 99. IRA #3 - Great Western Account (now Principal) | | Dividend | N | T | | | | | |
| 100. Honeywell | A | Dividend | | | sell | 08/24 | J | C | |
| 101. Washington Mutual | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102.  Greenspan-Baylson Partnership | D | Int./Div. | L | U | buy/sell | var | K | E | |
| 103.  Agere System Inc. | | None | J | T | | | | | |
| 104.  Nortel | | None | J | T | | | | | |
| 105.  Taro | | None | J | T | buy | var | J | | |
| 106.  Teva | | None | J | T | | | | | |
| 107.  BB Partnership | B | Interest | K | W | | | | | |
| 108.  Zabecor | | None | K | W | | | | | |
| 109.  Planet Data Acq. | | None | K | W | | | | | |
| 110.  MSDW Fixed Income | | None | | | sell | 04/17 | M | | |
| 111.  Gabelli Asset Fund | | None | | | sell | 01/01 | M | | |
| 112.  Planet Data Acq. Note Receivable | C | Interest | K | U | | | | | |
| 113.  Schwab Adv Cash Reserve - Brokerage #1 | A | Dividend | J | T | buy | 01/17 | K | | |
| 114.  DFA Emerging Mkts - Brokerage #1 | A | Dividend | K | T | buy | 01/17 | K | | |
| 115.  DFA Intl Small Value - Brokerage #1 | B | Dividend | K | T | buy | 01/17 | K | | |
| 116.  DFA Tax Mgd Intl Value - Brokerage #1 | B | Dividend | K | T | buy | 01/17 | K | | |
| 117.  DFA Tax Mgd US Small - Brokerage #1 | B | Dividend | K | T | buy | 01/17 | K | | |
| 118.  DFA US Micro - Brokerage #1 | B | Dividend | J | T | buy | 01/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. First Eagle Overseas - Brokerage #1 | C | Dividend | K | T | buy | 01/17 | K | | |
| 120. Hotchkis & Wiley Core Value - Brokerage #1 | B | Dividend | L | T | buy | 01/17 | L | | |
| 121. Janus Overseas - Brokerage #1 | A | Dividend | K | T | buy | 01/17 | K | | |
| 122. Royce Value Plus - Brokerage #1 | A | Dividend | K | T | buy | 01/17 | J | | |
| 123. Thornburg Intl Value - Brokerage #1 | A | Dividend | K | T | buy | 01/17 | K | | |
| 124. Westcore Intl Frontier - Brokerage #1 | A | Dividend | K | T | buy | 01/17 | J | | |
| 125. Schwab Adv Cash Reserve - IRA #1 | B | Dividend | K | T | buy | 01/03 | K | | |
| 126. Schwab Value Advantage - IRA #1 | D | Dividend | M | T | buy | 01/03 | M | | |
| 127. DFA One Year Fixed Income - IRA #1 | D | Dividend | N | T | buy | 01/03 | N | | |
| 128. Adams Harkness Small Cap Growth - IRA #1 | | None | L | T | buy | 01/03 | L | | |
| 129. Brandywine Fund - IRA #1 | A | Dividend | M | T | buy | 01/03 | M | | |
| 130. DFA Emerging Mkts - IRA #1 | B | Dividend | L | T | buy | 01/03 | L | | |
| 131. DFA Intl Small Value - IRA #1 | D | Dividend | M | T | buy | 01/03 | M | | |
| 132. DFA Intl Value - IRA #1 | D | Dividend | M | T | buy | 01/03 | M | | |
| 133. DFA US Large Value - IRA #1 | C | Dividend | M | T | buy | 01/03 | M | | |
| 134. DFA US Small Value - IRA #1 | D | Dividend | L | T | buy | 01/03 | L | | |
| 135. DFA US Micro - IRA #1 | C | Dividend | L | T | buy | 01/03 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. Dodge & Cox Stock - IRA #1 | D | Dividend | L | T | buy | 01/03 | M | | |
| 137. First Eagle Overseas - IRA #1 | D | Dividend | L | T | buy | 01/03 | L | | |
| 138. Hotchkis & Wiley Core Value - IRA #1 | C | Dividend | M | T | buy | 01/03 | M | | |
| 139. Janus Mid Cap Value - IRA #1 | D | Dividend | M | T | buy | 01/03 | M | | |
| 140. Janus Overseas - IRA #1 | B | Dividend | M | T | buy | 01/03 | L | | |
| 141. Morgan Stanley Emerging Mkts - IRA #1 | D | Dividend | L | T | buy | 01/03 | L | | |
| 142. Morgan Stanley Intl Eqty Fund - IRA #1 | E | Dividend | M | T | buy | 01/03 | M | | |
| 143. NB Fasciano - IRA #1 | C | Dividend | L | T | buy | 01/03 | L | | |
| 144. Royce Opportunity - IRA #1 | D | Dividend | K | T | buy | 01/03 | K | | |
| 145. Royce Value Plus - IRA #1 | A | Dividend | K | T | buy | 01/03 | K | | |
| 146. Thornburg Intl Value - IRA #1 | A | Dividend | K | T | buy | 01/03 | K | | |
| 147. Vanguard Growth Eqty - IRA #1 | | None | M | T | buy | 01/03 | M | | |
| 148. Westcore Growth - IRA #1 | A | Dividend | L | T | buy | 01/03 | L | | |
| 149. Westcore Intl Frontier - IRA #1 | A | Dividend | L | T | buy | 01/03 | L | | |
| 150. Westcore Mid Cap Value - IRA #1 | C | Dividend | M | T | buy | 01/03 | M | | |
| 151. Westcore MIDCO Growth - IRA #1 | E | Dividend | M | T | buy | 01/03 | M | | |
| 152. William Blair Intl Growth - IRA #1 | D | Dividend | M | T | buy | 01/03 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. William Blair Intl Small Cap Growth - IRA #1 | A | Dividend | K | T | buy | 01/03 | K | | |
| 154. William Blair Large Cap Growth - IRA #1 | | None | L | T | buy | 01/03 | L | | |
| 155. Schwab Adv Cash Reserve - IRA #2 | A | Dividend | K | T | buy | 01/03 | K | | |
| 156. Schwab Value Advantage - IRA #2 | D | Dividend | M | T | buy | 01/03 | M | | |
| 157. DFA One Year Fixed Income - IRA #2 | D | Dividend | M | T | buy | 01/03 | M | | |
| 158. Adams Harkness Small Cap Growth - IRA #2 | | None | K | T | buy | 01/03 | K | | |
| 159. Brandywine Fund - IRA #2 | A | Dividend | L | T | sell partial | 01/03 | O | | |
| 160. DFA Emerging Mkts - IRA #2 | B | Dividend | L | T | buy | 01/03 | K | | |
| 161. DFA Intl Small Value - IRA #2 | D | Dividend | M | T | buy | 01/03 | L | | |
| 162. DFA Intl Value - IRA #2 | C | Dividend | M | T | buy | 01/03 | L | | |
| 163. DFA US Large Value - IRA #2 | C | Dividend | L | T | buy | 01/03 | L | | |
| 164. DFA US Small Value - IRA #2 | D | Dividend | L | T | buy | 01/03 | L | | |
| 165. DFA US Micro - IRA #2 | C | Dividend | K | T | buy | 01/03 | K | | |
| 166. First Eagle Overseas - IRA #2 | D | Dividend | L | T | buy | 01/03 | K | | |
| 167. Hotchkis & Wiley Core Value - IRA #2 | B | Dividend | L | T | buy | 01/03 | L | | |
| 168. Janus Mid Cap Value - IRA #2 | D | Dividend | M | T | buy | 01/03 | L | | |
| 169. Janus Overseas - IRA #2 | B | Dividend | L | T | buy | 01/03 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,000 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. Morgan Stanley Emerging Mkts - IRA #2 | D | Dividend | L | T | buy | 01/03 | K | | |
| 171. Morgan Stanley Intl Eqty Fund - IRA #2 | E | Dividend | M | S | buy | 01/03 | J | | |
| 172. Morgan Stanley Trust Value - IRA #2 | D | Dividend | L | T | sell partial | 01/03 | K | | |
| 173. NB Fasciano - IRA #2 | C | Dividend | L | T | buy | 01/03 | K | | |
| 174. Royce Opportunity - IRA #2 | C | Dividend | K | T | buy | 01/03 | K | | |
| 175. Royce Value Plus - IRA #2 | A | Dividend | K | T | buy | 01/03 | K | | |
| 176. Thornburg Intl Value - IRA #2 | A | Dividend | K | T | buy | 01/03 | K | | |
| 177. Vanguard Growth Eqty - IRA #2 | | None | M | T | buy | 01/03 | M | | |
| 178. Westcore Growth - IRA #2 | A | Dividend | L | T | buy | 01/03 | L | | |
| 179. Westcore Intl Frontier - IRA #2 | A | Dividend | K | T | buy | 01/03 | K | | |
| 180. Westcore Mid Cap Value - IRA #2 | C | Dividend | M | T | buy | 01/03 | L | | |
| 181. Westcore MIDCO Growth - IRA #2 | D | Dividend | L | T | buy | 01/03 | L | | |
| 182. William Blair Intl Growth - IRA #2 | D | Dividend | L | T | buy | 01/03 | L | | |
| 183. William Blair Intl Small Cap Growth - IRA #2 | A | Dividend | J | T | buy | 01/03 | J | | |
| 184. William Blair Large Cap Growth - IRA #2 | | None | L | T | buy | 01/03 | L | | |
| 185. Pepco Holdings, Inc. | A | Dividend | | | sell | 09/27 | J | | See Part VIII. |
| 186. CBS Corp. (from Verizon split) | | None | | | split | 01/01 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. CBS Corp. (from Verizon split) | | None | | | sell | 11/08 | J | A | |
| 188. Idearc Inc. | | None | J | T | spinoff/sell | 11/20 | J | A | |
| 189. Hewlett Packard | | None | | | sell | 03/23 | J | A | See Part VIII. |
| 190. AXA | A | Dividend | J | T | | | | | See Part VIII. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | |
| | Q =Appraisal | V =Other | S =Assessment | | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/09/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I wish to amend my prior reports:

1. The following stocks were acquired in prior years but were not listed due to oversight:

    a. Pepco Holdings, Inc. (Part VII., line 185).
    b. Hewlett-Packard (Part VII., line 189).
    c. AXA (Part VII., line 190).

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/09/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544